# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MERCATO ELISIO, LLC** | * | |
| | * | **CIVIL ACTION** |
| versus | * | |
| | * | **NO: 15-563** |
| **JOHN DEVENEY, DEVENEY** | * | |
| **COMMUNICATION CONSULTING, L.L.C.,** | * | **SECTION: "R-1"** |
| and **CHRIS COSTELLO**, individually and as | * | |
| employee of Deveney Communication | * | **JUDGE SARAH S. VANCE** |
| Consulting, L.L.C. | * | |
| | * | **MAG.: SALLY SHUSHAN** |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the Joint Motion to Modify Scheduling Order filed by plaintiff Mercato Elisio, LLC and defendants John Deveney, Deveney Communications Consulting, LLC, and Chris Costello;

**IT IS ORDERED** that the September 24, 2015 Scheduling Order (Rec. Doc. 15) is hereby amended as follows:

- Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **June 20, 2016**.

- Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(2)(B), who may be witnesses for Defendants fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **July 22, 2016**.

- Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial no later than **July 22, 2016**.

- Depositions for trial use shall be taken and all discovery shall be completed no later than **August 16, 2016**.

- Motions *in limine* regarding the admissibility of expert testimony shall be filed and served in sufficient time to permit hearing thereon no later than **August 17, 2016**.

**IT IS FURTHER ORDERED** that the trial date and all other pre-trial deadlines in this matter not specifically modified as set forth above shall remain as currently set in the Court's September 24, 2015 Scheduling Order

New Orleans, Louisiana, this  6th  day of    June   , 2016.

_____
**DISTRICT JUDGE SARAH S. VANCE**