UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MERCATO ELISIO, LLC | CIVIL ACTION |
| VERSUS | NO. 15-563 |
| JOHN DEVENEY, DEVENEY COMMUNICATION CONSULTING, LLC, AND CHRIS COSTELLO | SECTION "R" (1) |

## JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Mercato Elisio, LLC's claims are dismissed with prejudice as prescribed.

New Orleans, Louisiana, this __8th__ day of August, 2016.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE